# Richmond

WATSON E. TRIGGER v. MALCOLM HARRIS LIVICK, ET AL.

September 5, 1975.

Record No. 740747.

Present, I'Anson, C.J., Carrico, Harrison, Harman, Poff and Compton, JJ.

*B. G. Stephenson* (*George H. Balthrop; B. G. Stephenson, Ltd.*, on brief), for plaintiff in error.

*J. Marshall Coleman* (*Philip Lee Lotz; Lotz, Black, Coleman & Gudal*, on brief), for defendants in error.